# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(name of district)

**FILED DEC 20 2019** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk

In re:

Jose R. Solano

Debtors name

Bk. Number: 2:16-bk-26833-vz

Jose R. Solano

Appellant's Name

Adv. Number: 2:19-ap-01152-vz

v.

Magnum Property Investments, LLC, Et Al.,

Appellee's Name

BAP Number: 19-1259

## DESIGNATION OR RECORD ON APPEAL OF
Jose R. Solano

(Your name)

List the documents the bankruptcy court used when it decided the case:

Please see attached copy of docket for advesray 2:19-ap-01152-vz

NoFeeRequired, APPEAL, DISMISSED

*Designation of Record* [handwritten]

## U.S. Bankruptcy Court
## Central District of California (Los Angeles)
## Adversary Proceeding #: 2:19-ap-01152-VZ

*Assigned to:* Vincent P. Zurzolo
*Lead BK Case:* 16-26833
*Lead BK Title:* Jose R Solano
*Lead BK Chapter:* 7
*Demand:* $8500000

*Date Filed:* 05/23/19
*Date Dismissed:* 11/15/19

*Nature[s] of Suit:*  11 Recovery of money/property - 542 turnover of property
                      12 Recovery of money/property - 547 preference
                      13 Recovery of money/property - 548 fraudulent transfer
                      14 Recovery of money/property - other

*Plaintiff*
-----------------------
**Jose R Solano**
5502 Dobbs St #74
Los Angeles, CA 90032
626-258-7688
SSN / ITIN: xxx-xx-7102

represented by **Jose R Solano**
PRO SE

V.

*Defendant*
-----------------------
**Magnum Property Investments LLC**

represented by **Lane M Nussbaum**
NUSSBAUM APC
27489 Agoura Rd Ste 102
Agoura Hills, CA 91301
818-789-7880
Fax : 818-789-7959
Email: lnussbaum@nussbaumapc.com

*Defendant*
-----------------------
**Sarina Goerisch**

represented by **Lane M Nussbaum**
(See above for address)

*Defendant*
-----------------------
**Lane M. Nussbaum**
West Coast Law, APC
27489 Agoura Road, Suite 102

represented by **Lane M Nussbaum**
(See above for address)

Agoura Hills, CA 91301
(818)660-1919

*Defendant*
-----------------------

**Nussbaum APC**                                    represented by **Lane M Nussbaum**
                                                                   (See above for address)


*Trustee*
-----------------------

**Wesley H Avery (TR)**
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101
(626) 395-7576


*U.S. Trustee*
-----------------------

**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

| Filing Date | # | Docket Text |
|---|---|---|
| 05/23/2019 | 1 (35 pgs) | Adversary case 2:19-ap-01152. Complaint by Jose R Solano against Magnum Property Investments LLC, Sarina Goerisch, Lane M. Nussbaum, Nussbaum APC. (Fee Not Required). Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)) ,(12 (Recovery of money/property - 547 preference)) ,(13 (Recovery of money/property - 548 fraudulent transfer)) ,(14 (Recovery of money/property - other)) (Collins, Kim S.) (Entered: 05/23/2019) |
| 05/23/2019 | 2 (8 pgs; 2 docs) | Summons Issued on Sarina Goerisch Date Issued 5/23/2019, Answer Due 6/24/2019; Magnum Property Investments LLC Date Issued 5/23/2019, Answer Due 6/24/2019; Lane M. Nussbaum Date Issued 5/23/2019, Answer Due 6/24/2019; Nussbaum APC Date Issued 5/23/2019, Answer Due 6/24/2019 (RE: related document(s)1 Complaint filed by Plaintiff Jose R Solano) Status hearing to be held on 8/1/2019 at 10:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Carranza, Shemainee) (Entered: 05/23/2019) |
| 05/23/2019 |  | Receipt of Adversary Filing Fee - $0.00 by 01. Receipt Number 20234937. (admin) (Entered: 05/23/2019) |
| 06/13/2019 | 3 (10 pgs) | Motion to Dismiss Debtor *Dismiss Complaint* Filed by Defendants Sarina Goerisch, Magnum Property Investments |

| | | |
|---|---|---|
| | | LLC, Lane M. Nussbaum, Nussbaum APC (Nussbaum, Lane) (Entered: 06/13/2019) |
| 06/13/2019 | <u>4</u><br>(10 pgs) | Motion to Dismiss Adversary Proceeding Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (Nussbaum, Lane) (Entered: 06/13/2019) |
| 06/14/2019 | 5 | Notice to Filer of Error and/or Deficient Document **Notice of Mismatch between filed document and docket event. THE FILER IS INSTRUCTED TO FILE A NOTICE OF WITHDRAWAL USING WITHDRAWAL DOCKET EVENT AND REFILE THE DOCUMENT USING THE CORRECT DOCKET EVENT THAT MATCHES THE DOCUMENT.** (RE: related document(s)<u>3</u> Dismiss Debtor filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) (Johnson, Tina R.) (Entered: 06/14/2019) |
| 06/14/2019 | 6 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. No Proof of Service attached to PDF. THE FILER IS INSTRUCTED TO WITHDRAWAL AND RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)<u>4</u> Motion to Dismiss Adversary Proceeding filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) (Johnson, Tina R.) (Entered: 06/14/2019) |
| 06/14/2019 | <u>7</u><br>(3 pgs) | Voluntary Dismissal of Motion *To Dismiss Plaintiff's Adversary Complaint* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC. (Nussbaum, Lane) CORRECTION: Document not related. Corrected to reflect linkage of: (RE: Related document(s)<u>3</u>,<u>4</u>). Modified on 6/14/2019 (Johnson, Tina R.). (Entered: 06/14/2019) |
| 06/14/2019 | <u>8</u><br>(11 pgs) | Motion to Dismiss Adversary Proceeding Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (Nussbaum, Lane) (Entered: 06/14/2019) |
| 06/14/2019 | 9 | Notice to Filer of Correction Made/No Action Required: **Other: CORRECTION: Incorrect event code used. CORRECTION: Document(s) not related - THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)<u>7</u> Voluntary Dismissal of Motion filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) (Johnson, Tina R.) (Entered: 06/14/2019) |

| | | |
|---|---|---|
| 06/14/2019 | 10 | Hearing Set (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) The Hearing date is set for 8/29/2019 at 11:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.) (Entered: 06/14/2019) |
| 06/17/2019 | 11 (4 pgs) | Notice *of Errata* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (RE: related document(s) 10 Hearing Set (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) The Hearing date is set for 8/29/2019 at 11:00 AM at Crtrm 1368, 255 E Temple St., Los Angeles, CA 90012. The case judge is Vincent P. Zurzolo (Johnson, Tina R.)). (Nussbaum, Lane) (Entered: 06/17/2019) |
| 06/17/2019 | 12 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. CORRECTION; Proof of service not on current Mandatory form. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. Incorrect docket event was used to file this document. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT DOCKET EVENT. Incorrect hearing date/time/location was selected.** (RE: related document(s)11 Notice filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) (Johnson, Tina R.) (Entered: 06/17/2019) |
| 06/17/2019 | 13 (3 pgs) | Notice *of Errata* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC. (Nussbaum, Lane) (Entered: 06/17/2019) |
| 06/18/2019 | 14 | Notice to Filer of Error and/or Deficient Document **Other: CORRECTION: Incorrect event code used. CORRECTION: Document not related. CORRECTION: Incorrect hearing information on PDF.** - (RE: related document(s)13 Notice filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) (Johnson, Tina R.) (Entered: 06/18/2019) |
| 06/19/2019 | 15 (3 pgs) | Errata *Notice of Errata* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (RE: related document(s)8 Motion to Dismiss Adversary Proceeding ). (Nussbaum, Lane) (Entered: 06/19/2019) |
| 06/27/2019 | 16 | Response re: Notice of motion and motion of defendants |

| | | |
|---|---|---|
| | (14 pgs) | Magnum Property Investments LLC, Salina Goerisch, Lane M. Nussbaum and Nussbaum, APC's to dismiss plaintiff's adversary complaint (Fed. R. Civ. Pro. 12(b)(6)); memorandum of points and authorities in support thereof Filed by Plaintiff Jose R Solano (Pennington-Jones, Patricia) (RE: Related document(s)8). Modified on 7/3/2019 (Johnson, Tina R.). (Entered: 07/01/2019) |
| 07/15/2019 | 17 (6 pgs) | Reply to (related document(s): 8 Motion to Dismiss Adversary Proceeding filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch, 16 Motion to Dismiss Adversary Proceeding filed by Plaintiff Jose R Solano) *Reply in Support of Motion to Dismiss* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (Nussbaum, Lane) (Entered: 07/15/2019) |
| 07/16/2019 | 18 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE WITH THE CORRECT COURTROOM: 1368.** (RE: related document(s)17 Reply filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch) (Jones, Phyllis R.) (Entered: 07/16/2019) |
| 07/18/2019 | 19 (3 pgs) | Errata *Reply in Support of Motion to Dismiss* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (RE: related document(s)17 Reply). (Nussbaum, Lane) (Entered: 07/18/2019) |
| 08/01/2019 | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Jose R Solano) Status Hearing to be held on 08/29/2019 at 11:00 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012 for 1 , (Johnson, Tina R.) (Entered: 08/01/2019) |
| 08/26/2019 | 20 (6 pgs) | Order: (1) Continuing hearing on Motion to dismiss adversary proceeding; (2) Continuing date of Status Conference; ORDERED that the Motion to dismiss is set for October 3, 2019 at 11:00 a.m.; and (2) the Status Conference is set for October 3, 2019 at 11:00 a.m. "for additional information refer to image" (BNC-PDF) Signed on 8/26/2019 (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Lane M. Nussbaum, Defendant Nussbaum APC, Defendant Magnum Property Investments LLC, Defendant Sarina Goerisch). (Johnson, Tina R.) (Entered: 08/26/2019) |
| 08/26/2019 | | Hearing (Adv Motion) Continued (RE: related document(s) 8 MOTION TO DISMISS ADVERSARY PROCEEDING filed by Magnum Property Investments LLC) Hearing to be held on |

| | | |
|---|---|---|
| | | 10/03/2019 at 11:00 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012 for 8 , (Johnson, Tina R.) (Entered: 08/26/2019) |
| 08/26/2019 | | Hearing (Adv Other) Continued (RE: related document(s) 1 COMPLAINT filed by Jose R Solano) Status Hearing to be held on 10/03/2019 at 11:00 AM 255 E. Temple St. Courtroom 1368 Los Angeles, CA 90012 for 1 , (Johnson, Tina R.) (Entered: 08/26/2019) |
| 08/28/2019 | 21 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 08/28/2019. (Admin.) (Entered: 08/28/2019) |
| 09/19/2019 | 22 (6 pgs) | Unilateral Status report Filed by Plaintiff Jose R Solano (RE: related document(s)1 Complaint). (Tatum, Shafari) (Entered: 09/20/2019) |
| 10/11/2019 | 23 (3 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel - (Official Form 417A)(Order Not Entered As Of 10/15/2019) - Fee Amount: $298.00; filed by Plaintiff Jose R Solano . (Milano, Sonny) (Entered: 10/15/2019) |
| 10/11/2019 | 27 (1 pg) | Transcript Order Form , regarding Hearing Date 10/3/2019 Filed by Plaintiff Jose R Solano . (Francis, Dawnette) (Entered: 10/16/2019) |
| 10/15/2019 | 24 (16 pgs; 2 docs) | Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit (BAP); with Notice of Appeal Service List. (RE: related document(s)23 Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Jose R Solano) (Attachments: # 1 Notice of Appeal and Statement of Election) (Milano, Sonny) (Entered: 10/15/2019) |
| 10/15/2019 | 25 (4 pgs) | Notice of lodgment *of Order* Filed by Defendants Sarina Goerisch, Magnum Property Investments LLC, Lane M. Nussbaum, Nussbaum APC (RE: related document(s)16 Response re: Notice of motion and motion of defendants Magnum Property Investments LLC, Salina Goerisch, Lane M. Nussbaum and Nussbaum, APC's to dismiss plaintiff's adversary complaint (Fed. R. Civ. Pro. 12(b)(6)); memorandum of points and authorities in support thereof Filed by Plaintiff Jose R Solano (Pennington-Jones, Patricia) (RE: Related document(s)8). Modified on 7/3/2019 (Johnson, Tina R.). filed by Plaintiff Jose R Solano). (Nussbaum, Lane) (Entered: 10/15/2019) |
| 10/15/2019 | | Receipt of Appeal/Cross Appeal Filing Fee - $298.00 by 71. Receipt Number 20237706 (admin) (Entered: 10/15/2019) |
| 10/16/2019 | 26 (2 pgs) | Opening Letter RE: Appeal from BAP CC 19-1259 (Originally filed at BAP 10/16/2019). (RE: related document(s)23 Notice |

| | | |
|---|---|---|
| | | of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Jose R Solano) (Milano, Sonny) (Entered: 10/16/2019) |
| 10/18/2019 | 28 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 19-VZ-25. RE Hearing Date: 10/03/2019, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting, Telephone number 310-410-4151.] (RE: related document(s)27 Transcript Order Form (Public Request) filed by Plaintiff Jose R Solano) (Francis, Dawnette) (Entered: 10/18/2019) |
| 11/15/2019 | 29 (2 pgs) | Order Granting Defendants Motion to dismiss Plaintiff's adversary complaint; ORDERED that motion to dismiss the adversary complaint is GRANTED "for additional information refer to image" (BNC-PDF) (Related Doc # 8) Signed on 11/15/2019. (Johnson, Tina R.) (Entered: 11/15/2019) |
| 11/17/2019 | 30 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)29 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 2. Notice Date 11/17/2019. (Admin.) (Entered: 11/17/2019) |
| 11/19/2019 | 31 | Transcript regarding Hearing Held 10/03/19 RE: MOTION TO DISMISS ADVERSARY COMPLAINT. Remote electronic access to the transcript is restricted until 02/18/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal or purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Company, Inc., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 11/26/2019. Redaction Request Due By 12/10/2019. Redacted Transcript Submission Due By 12/20/2019. Transcript access will be restricted through 02/18/2020. (Martens, Holly) (Entered: 11/19/2019) |

*12/20/19*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/18/2019 09:02:31 | | | |
| PACER Login: | jrsolano:5103059:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:19-ap-01152-VZ Fil or Ent: filed From: 1/7/2019 To: 12/18/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page |

## CERTIFICATE OF SERVICE:

I certify that a copy of this designation of record on appeal was served,

check one: _____ or __X__ on the persons listed below:
          in person      by mail

| Name | Address | Date Served |
|---|---|---|
| Wayne M. Abb Nussbaum, APC | 27489 Agoura Road, Suite 102 Agoura Hills, California 91301 | 12/20/2019 |

Sign your name: _____

Print your name: Jose R. Solano