# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

(name of district)



In re:

Jose R. Solano
_____
Debtors name

Bk. Number: 2:16-bk-26833-vz

Jose R. Solano
_____
Appellant's Name

Adv. Number : 2:19-ap-01152-vz

v.

Magnum Property Investments, LLC, Et Al., BAP Number: 19-1259

Appellee's Name

## STATEMENT OF ISSUES ON APPEAL OF
Jose R. Solano
_____
(Your name)

I think the bankruptcy court was wrong when it:

Issue 1. The Court erred in ruling that the Appellant has no standing to bring complaint.

Issue 2. The Court erred in ruling that the property was part of the Bankruptcy Estate.

Issue 3. The order of dismissal is an abuse of discretion because it is not supported by a finding of fact and/or of law.

Issue 4. The Bankruptcy Judged is required to recuse himself from the proceeding.

Issue 5. The judgment is void due to due process violations.

## CERTIFICATE OF SERVICE:

I certify that a copy of this statement of issues on appeal was served,

check one: _____ or ___X___ on the persons listed below:
                  in person       by mail

| Name | Address | Date Served |
|---|---|---|
| Wayne M. Abb Nussbaum, APC | 27489 Agoura Road, Suite 102 Agoura Hills, California 91301 | 12/20/2019 |

Sign your name: _/s/_____

Print your name: Jose R. Solano